WILLIAM F. SCANDLING, by His Guardian ad Litem, FREDRIC D. SCANDLING, Respondent, v. D'ARCY WELLER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CARL B. NUSBAUM, Appellant, v. CLEMENT J. DAVIN and Another, as Administrators, etc., of THOMAS H. DAVIN, Deceased, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

STANLEY A. PISECK, Respondent, v. ALEXANDER WILT and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of ETHEL HOWARD HOLM, Appellant, for a Peremptory Order of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF ROCHESTER, Respondent.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [141 Misc. 194.]

EDWARD KLEINHAMMER, an Infant, etc., Respondent, v. WILLIAM HOFFMAN and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MILDRED WOOD, Appellant, v. DOROTHY LYONS and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.█

WILLIAM I. WOOD, Appellant, v. DOROTHY LYONS and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.*

IDA MARIE SIGMUND, Respondent, v. SOL FRANK SIGMUND, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

WILLIAM A. BRISTOW and Another, Appellants, v. ISAAC V. A. SNYDER and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FRANK PALESE, Respondent, v. WESLEY BRIGGS, Appellant, and WILLIAM EAVES, JR., and STAR SAND AND GRAVEL CORPORATION, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GUERINO PALESE, an Infant, by FRANK PALESE, His Guardian ad Litem, Respondent, v. WESLEY BRIGGS, Appellant, and WILLIAM EAVES, JR., and STAR SAND AND GRAVEL CORPORATION, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor; Edgcomb and Thompson, JJ.

THOMAS F. WRIGHT, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.